

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2016

No. 04-16-00390-CV

Juan **ROBLES**,
Appellant

v.

Maria Milagros **ROBLES**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2084-CV
Honorable Dwight E. Peschel, Judge Presiding

# O R D E R

The reporter's record was due on July 20, 2016. On July 27, 2016, the court reporter filed a notification of late record stating that the reporter's record was not timely filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **within ten (10) days** of the date of this order that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court